# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jahari Shujaa Garrett<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:25-mj-00216<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 9/11/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 10, 2025__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) and (b)- | Assaulting a federal officer with a deadly weapon. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*David Holt*
*Complainant's signature*

David Holt, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/11/2025

*Judge's signature*

City and state: Washington, D.C.    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*