UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.   : | Case No. 25-MJ-216 |
| : | |
| JAHARI GARRETT, : | |
| : | |
| Defendant.   : | |

## UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

Defendant Jahari Garrett, through undersigned counsel, respectfully moves the Court to continue the September 26, 2025 preliminary hearing to October 14, 2025. The government does not oppose this Motion and the relief requested.

Mr. Garrett was arrested on September 10, 2025. He was charged by Complaint on September 11, 2025 with Assaulting, Resisting, or Impeding Certain Officers or Employees in violation of 18 U.S.C. §§ 111(a)(1) and (b). He made his initial appearance on September 12, 2025. A detention hearing was held on September 16, 2025. The Court granted the government's motion for pretrial detention. A preliminary hearing is scheduled for September 26, 2025. Mr. Garrett is being held at the D.C. Jail.

Additional time is needed for undersigned counsel to confer with Mr. Garrett and prepare for the preliminary hearing. In addition, the government has made a pre-indictment plea offer that will expire on September 22, 2025 unless the defense agrees to a continuance of the preliminary hearing. To the extent it is required, both parties request that the period of time between September 22, 2025 and October 14, 2025 be excluded

under the Speedy Trial Act for all purposes, pursuant to Title 18, United States Code, section 3161(h)(1)(D) and 3161(h)(7)(A). Excluding the additional time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow defense counsel to continue to discuss this matter with Mr. Garrett, perform additional work necessary to adequately represent Mr. Garrett, prepare for the preliminary hearing, and discuss the plea offer.

          Respectfully submitted,

          Melissa Jackson
          Counsel for Jahari Garrett
          D.C. Bar No. 996787
          COVERT JACKSON YARBRO PLLC
          600 Massachusetts Avenue NW,
          Suite 250
          Washington, DC 20001
          Phone: (657) 225-9693
          Email: mjackson@cjypllc.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 25-MJ-216 |
| | : |
| JAHARI GARRETT, | : |
| | : |
| Defendant. | : |

## [PROPOSED] ORDER

Before the Court is Defendant's Unopposed Motion to Continue Preliminary Hearing. For the reasons set forth therein, it is hereby

**ORDERED** that the current preliminary hearing set for September 26, 2025 shall be continued to October 14, 2025 at _____.; and it is further

**ORDERED** that the time between September 26, 2025 and October 14, 2025 be excluded from calculation under the Speedy Trial Act for all purposes. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will allow defense counsel to continue to discuss this matter with Mr. Garrett, perform additional work necessary to adequately represent Mr. Garrett, prepare for the preliminary hearing, and discuss the plea offer.

DATE:                                                 _____
                                                                  Hon. Matthew J. Sharbaugh
                                                                  United States Magistrate Judge